IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY BYRD ESTATE** <br> **Kimberly Byrd as trustee, Mortgagor,** <br><br> Plaintiff, <br><br> v. <br><br> **NATIONSTAR MORTGAGE, LCC, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br><br> NO. 24-1063 |

## ORDER

**AND NOW,** this 13th day of November, 2025, upon consideration of the Motion of Defendants Nationstar Mortgage Corporation, Wilmington Savings Fund Society as Trustee for A&D Mortgage Trust 2023-NQM4, and A&D Mortgage, LLC to Dismiss Plaintiff's Amended Complaint with Prejudice (the "Motion") (ECF No. 79), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part.** The Second Amended Complaint (ECF No. 77) is hereby **DISMISSED without prejudice**.

Plaintiff is granted leave to file a Third Amended Complaint on or before **December 4, 2025**.

BY THE COURT:

_____
Hon. Mia R. Perez